FILED

05/07/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 20-0233

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. OP 20-0233

WARDEN LYNN GUYER, WARDEN
JENNIE HANSEN, AND MONTANA
DEPARTMENT OF CORRECTIONS,

Petitioners,

v.

MONTANA EIGHTH JUDICIAL
DISTRICT COURT, CASCADE
COUNTY, THE HONORABLE
ELIZABETH A. BEST, DISTRICT
JUDGE,

Respondents.

PROPOSED ORDER

Pursuant to the Montana Sheriffs and Peace Officers Association's

("MSPOA") Unopposed Motion for Leave to File Amicus Curiae Brief and good

cause appearing,

IT IS HEREBY ORDERED that the Unopposed Motion for Leave to File

Amicus Curiae Brief is GRANTED.  MSPOA shall file its brief on or before May

14, 2020.

2978743

1

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 7 2020